*Mr. John C. Judson* for appellee.

No. 815.   O'RYAN ET AL. *v.* MILLS NOVELTY Co.

Argued May 1, 1934.   Decided May 21, 1934.   *Per Curiam:* In view of the effect of Chapter 317, Laws of New York of 1934, upon the decree of injunction herein, the decree of the Circuit Court of Appeals is reversed and the cause is remanded to the District Court with direction to dismiss the bill of complaint without prejudice and without costs to either party. *Board of Public Utility Comm'rs* v. *Compania General,* 249 U.S. 425; *United States* v. *Hamburg-American Co.,* 239 U.S. 466, 477, 478; *United States* v. *Alaska S.S. Co.,* 253 U.S. 113, 116, 117; *Railroad Commission* v. *MacMillan,* 287 U.S. 576; *Coyne* v. *Prouty,* 289 U.S. 704.   *Mr. Paxton Blair,* with whom *Messrs. Paul Windels* and *Alvin McKinley Sylvester* were on the brief, for petitioner.   Mr. *Howard Ellis,* with whom *Messrs. Weymouth Kirkland, Emil Weitzner,* and *Marion B. Stahl* were on the brief, for appellee.   By leave of Court, *Messrs. Nat W. Bond* and *Henry B. Curtis* filed a brief on behalf of the City of New Orleans as *amicus curiae.*